## Commonwealth *v.* Seipple, Appellant.

Argued April 10, 1972. *Richard F. Kronz*, with him *Lichtenstein & Bartiromo*, for appellant; *Robert L. Campbell*, Assistant District Attorney, with him *Carol Mary Los*,

Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.